CLEAR FORM

### UNITED STATES DISTRICT AND BANKRUPTCY COURTS
### FOR THE DISTRICT OF COLUMBIA

Maher Akladus

PLAINTIFF

2208 Locust Dr

Address (No Post Office Boxes)

Lansdale         PA         19446

City              State       Zip Code

VS.

Jennifer M. Granholm, Secretary, Depa

DEFENDANT

1000 Independence Ave., SW

Address (No Post Office Boxes)

Washington       DC    20585

City              State       Zip Code

Case: 1:23−cv−01092 JURY DEMAND
Assigned To : Unassigned
Assign. Date : 4/18/2023
Description: Employ. Discrim. (H−DECK)

CIVIL ACTION NO. _____

Jury Trial: ✔ Yes ☐ No

### COMPLAINT

II am filing a complaint of discrimination and retaliation based on national origin, age, and disability.

Complainant was subjected to discrimination and/or hostile work environment harassment on the bases of national origin (Egyptian), disability, age (YOB: 1967) and retaliation for prior EEO activity when the following occurred:

1. On July 20, 2017, Complainant's first line supervisor, emailed him, stating that a matter involving misconduct (including taking time off without supervisor knowledge or approval, exhibiting unprofessional behavior in the office, using inappropriate language, and making direct threats towards Complainant) by an employee he supervises

RECEIVED

*Maher Akladus*

Original Signature (in pen)

Maher Akladus

Name (if applicable, Prisoner ID No.)

2208 Locust Dr

Address or Facility Address

Lansdale         PA         19446

City              State       Zip Code

APR 18 2023

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

Rev: 01/10/2023
*Use additional pages as needed